OWEN A. MANDEVILLE, INC., Respondent, v. EDWARD F. X. RYAN, Appellant.—

Christ, P. J., Munder, Martuscello and Latham, JJ., concur; Benjamin, J., dissents and votes to reverse the order and deny the application on the ground that implicit in the agreement between appellant and Zah was the intention that a final determination was to be had in the County Court action, which in this case means that determination of the appeal pending in the Appellate Term must be awaited.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN BENNETT, Appellant.—

Christ, P. J., Rabin, Munder, Kleinfeld and Benjamin, JJ., concur.